ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
LIZA M. GRANOFF
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: liza.granoff@usdoj.gov
Attorneys for Plaintiff

FILED
2018 JUN 13 PM 4: 38
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JAS(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>Juan Manuel De Loera-Gamon,<br><br>            Defendant. | CR18-1087TUC<br><br>I N D I C T M E N T<br><br>Violations:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1))<br><br>(Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about May 15, 2018, at or near San Simon, in the District of Arizona, Juan Manuel De Loera-Gamon, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about November 29, 2013, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland

///

1  Security to reapply for admission thereto; in violation of Title 8, United States Code,
2  Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

                                    A TRUE BILL

                                    / S /
                                    _____
                                    Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

    / S /

Assistant United States Attorney

Dated:  June 13, 2018

*United States of America v. Juan Manuel De Loera-Gamon*
*Indictment Page 2 of 2*