**SAUL M. HUERTA**
*Attorney at Law*
State Bar of Arizona No. 018410
100 N. Stone, Suite 601
Tucson, Arizona 85701
(520) 230-8255
*saulmhuerta@gmail.com*
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR18-1087-TUC-JAS (LAB) |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO WAIVE PRESENCE AT ARRAIGNMENT** |
| Juan Manuel De Loera-Gamon, | |
| Defendant. | |

Defendant, through undersigned counsel, hereby tenders Notice of Intent to Waive Defendant's Presence at arraignment presently scheduled for June 29, 2018 at 11:00 AM.

RESPECTFULLY SUBMITTED this 15th day of June 2018.

By: <u>s/ Saul M. Huerta</u>
Saul M. Huerta
Attorney for Defendant