**SAUL M. HUERTA**
*Attorney at Law*
State Bar of Arizona No. 018410
100 N. Stone, Suite 601
Tucson, Arizona 85701
(520) 230-8255
*saulmhuerta@gmail.com*
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Juan Manuel De Loera-Gamon,<br><br>    Defendant. | No: CR-18-1087-TUC-JAS (LAB)<br><br>**MOTION TO CONTINUE TRIAL AND ALL DATES**<br><br>**(FIRST REQUEST)** |

It is expected excludable delay under Title 18, United States Code, § 3161(h)(7)(A), will occur as a result of this motion or an order based thereon.

Defendant, Juan Manuel De Loera-Gamon, through counsel, respectfully requests a 30-day continuance of the plea deadline set for July 20, 2018, and the trial date previously set for August 7, 2018, before this Honorable Court.

Additional time is necessary for undersigned counsel to be properly prepared for trial, should this case so proceed. Assistant United States Attorney Liza Granoff advised she has no objection to this request.

1

This motion is made in good faith and not for the purpose of delay.

**RESPECTFULLY SUBMITTED:** July 23, 2018.

*/s/ Saul M. Huerta*
**SAUL M. HUERTA**
Attorney for Defendant